## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Scott A. Marx, | : | Bankruptcy No. 16-20094-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | Document No. |
| Scott A. Marx, | : | |
| | : | Related to Document No. 73 |
| Movant, | : | |
| | : | |
| v. | : | **Hearing Date and Time:** |
| | : | **August 10, 2016 at 9:30 a.m.** |
| Metro Heating and Cooling, | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO COMPEL, MOTION FOR SANCTIONS FILED AT DOCUMENT NO. 73

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel, Motion for Sanctions filed on July 7, 2016 at Document No. 73 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than July 25, 2016.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion to Compel, Motion for Sanctions recorded at Document No. 73 be entered by the Court.

Date: July 26, 2016                                    s/ Brian C. Thompson
                                                                  Brian C. Thompson, Esquire
                                                                  Attorney for Debtor(s)
                                                                  PA ID No. 91197
                                                                  THOMPSON LAW GROUP, P.C.
                                                                  125 Warrendale Bayne Rd., Suite 200
                                                                  Warrendale, PA 15086
                                                                  (724) 799-8404 Telephone
                                                                  (724) 799-8409 Facsimile
                                                                  bthompson@thompsonattorney.com