# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 16-20094-GLT |
|     Scott A. Marx, ) | |
| ) | Chapter 13 |
|     Debtor. ) | |
| _____ ) | |
|     Scott A. Marx, ) | Related to Document No. |
| ) | |
|     Movant, ) | |
| ) | |
|     v. ) | |
| ) | |
| Nationstar Mortgage, LLC, ) | |
| ) | |
|     Respondent. ) | |

## **CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Final Report and Portal Account History on the following parties at the addresses listed below on September 7, 2016, via electronic mail and/or first class mail postage prepaid:

Mr. Jay Bray, CEO
Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: September 7, 2016

By:/s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
legal@thompsonattorney.com