# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

FILED
10/21/16 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| **Debtor:** | SCOTT A. MARX |
| **Case Number:** | 16-20094-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 20, 2016 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**Matter:**

#5 - Continued Confirmation of Plan Dated 1/13/2016 (NFC)
# 82 -+Objections By: Nationstar Mortgage
R / M #: 5 / 0

**Appearances:**

_Lemon_

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __X__ The plan payment/term is increased/extended to _9·30_ effective _____.
7. __X__ Plan/Motion continued to _11/2/16_ at _9:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

_Unfiled 2013 & 2014 & possibly_
_2015 tax returns._
_≈ 4 payments in arrears_

10/14/2016   8:31:14AM