FILED
11/2/16 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-20094-GLT |
| | : | Chapter: | 13 |
| Scott A. Marx | : | | |
| | : | | |
| | : | Date: | 11/2/2016 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

*MATTER:*   #5 - Confirmation of Chapter 13 Plan Dated 1-13-16 (NFC)
            #82 - Objection by Nationstar Mortgage

*APPEARANCES*:
           Debtor:    Brent Lemon
           Trustee:   Ronda J. Winnecour

*NOTES:*

Pail - 9 months have elapsed.  $807 plan payments.  Wages were remitting but ceased remitting in July 2016.  No payments since then.  Letter from the PA Department of Revenue indicating unfiled tax returns from 2011-2014, and presumably 2015.  Debtor testified at the 341 meeting that certain federal tax returns were not yet filed.  Would need a plan payment of $1,193 going forward.  Requests dismissal without prejudice.

Lemon - No defense to dismissal.

*OUTCOME:*

1.  Debtor to file all unfiled state and federal tax returns (2011-2015) within 30 days or the case may be dismissed without further notice or hearing.  (HT to prepare).
2.  Notice of Oral Motion to Dismiss to be issued.  (Chambers to prepare).

**DATED:** 11/2/2016