FILED
11/4/16 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-20094-GLT |
| | Chapter 13 |
| Scott A. Marx, | Related Dkt. No. 5 |
| Debtor. | |

## ORDER

This matter is before the Court upon confirmation of the *Chapter 13 Plan Dated January 13, 2016* [Dkt. No. 5] (the "Plan"). The Court held a hearing to consider confirmation of the plan on November 2, 2016.

**AND NOW**, for the reasons stated on the record at the November 2 hearing, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The Debtor shall file all unfiled state and federal tax returns (2011-2015), **on or before December 7, 2016**. The Debtor shall provide copies to the chapter 13 trustee. In the event that the Debtor fails to remit the necessary returns as required, the case will be dismissed without prejudice, without further notice or hearing, upon the filing of an affidavit of default by the trustee.

2. The Debtor shall serve a copy of this *Order* on the chapter 13 trustee, Counsel for the Pennsylvania Department of Revenue, the Office of Attorney General and the United States Trustee, and shall file a certificate of service within three business days.

Dated: November 4, 2016

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor, Debtor's Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20094-GLT
Scott A. Marx                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1                  Date Rcvd: Nov 04, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db             +Scott A. Marx,    711 Gallion Avenue,    Pittsburgh, PA 15226-1630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Brian C. Thompson    on behalf of Debtor Scott A. Marx bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
       spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
       torney.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
       rive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                   TOTAL: 10