# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Scott A. Marx, | : | Bankruptcy No. 16-20094 |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | Document No. |
| Scott A. Marx, | : | |
| | : | Related to Document No. |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Beverly Heating and Cooling, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on November 15, 2016, via first class mail postage prepaid:

**Beverly Heating and Cooling**
**ATTN: Payroll Department**
**3044 Industrial Blvd.**
**Bethel Park, PA 15102**

Executed on:  November 15, 2016

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrnedale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404         Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)