**FILED**
**DEC 14 2016**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-20094-GLT |
| | : | Chapter: 13 |
| Scott A. Marx | : | |
| | : | Date: 12/14/2016 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**   # 88 - Chapter 13 Trustee's Oral Motion to Dismiss Case
[Response due 12/7/16]

# 5 - Continued Confirmation of Chapter 13 Plan dated 1/13/2016.

**APPEARANCES:**
   Debtor:   Brent Lemon
   Trustee:   Jana Pail

**NOTES:**

Pail - 10 months have elapsed. No plan payment since July 2016. Wage attachment stopped remitting. Letter from PA Department of Revenue with respect to unfiled tax returns (2011 through 2014). Unfiled federal tax returns as well.

Lemon - Informed by prior employer that he was no longer working at that job. Attempted to attach wages at new job without success. No response from Mr. Marx to communication attempts.

**OUTCOME:**

1. Order to be issued dismissing case without prejudice. (HT to prepare).

**DATED:** 12/14/2016