Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott A. Marx** | : | Case No. 16−20094−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 88 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **14th day of December, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20094-GLT
Scott A. Marx                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 2              Date Rcvd: Dec 14, 2016
                              Form ID: 309            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
```
db          +Scott A. Marx,    711 Gallion Avenue,    Pittsburgh, PA 15226-1630
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
              Pittsburgh, PA 15212-5861
14162549    +Anthony Palandro,    1324 Beechview Avenue,    Pittsburgh, PA 15216-3344
14196607    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14162552   #+Debt Recovery Solutions,    900 Merchants Concourse,    Suite 11,    Westbury, NY 11590-5121
14162553   #+Debt Recovery Solutions,    900 Merchants Concourse 106,    Westbury, NY 11590-5114
14162554    +Diversified Adjustments,    600 Coon Rapids Blvd NW,    Minneapolis, MN 55433-5549
14162555    +Duquesne Light Company,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
14173059     Florida Department of Education,    Office of Student Financial Assistance,    PO Box 7019,
              Tallahassee, FL 32314-7019
14162558   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14162559    +Office of Student Financial Assistance,    2670 W Executive Center Circle,
              Tallahassee, FL 32301-5030
14239706    +People's Credit Co.,    4950 NE 148th Ave,    Portland, OR 97230-3450
14162560    +People's Credit Co. Inc.,    PO Box 1530,    Gresham, OR 97030-0514
14162561     Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14196613    +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14162562    +Professional Account Management,    633 W. Wisconsin Street,    Milwaukee, WI 53203-1920
14162563     U.S. Attorneys Office,    Western District of PA,    633 U.S. Post Office & Courthouse,
              Grant Street,    Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14166535    +EDI: ATLASACQU.COM Dec 15 2016 01:04:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
14162550    +EDI: CAPITALONE.COM Dec 15 2016 01:04:00      Capital One,    PO Box 30281,
              Salt Lake City, UT 84130-0281
14162551    +EDI: CCUSA.COM Dec 15 2016 01:03:00      Credit Collection USA,    16 Distributors Drive,
              Suite 1,    Morgantown, WV 26501-7209
14238946    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 15 2016 01:27:30      Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14162556    +EDI: AMINFOFP.COM Dec 15 2016 01:03:00      First Premier Bank,    PO Box 5524,
              Sioux Falls, SD 57117-5524
14162557     EDI: IRS.COM Dec 15 2016 01:04:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
14198750     EDI: NEXTEL.COM Dec 15 2016 01:03:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
              Overland Park KS 66207-0949
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
cr              Pittsburgh Water & Sewer Authority
cr*          +Anthony Palandro,    1324 Beechview Avenue,    Pittsburgh, PA 15216-3344
14232984*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                   TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0315-2              User: hthu                  Page 2 of 2                  Date Rcvd: Dec 14, 2016
                                  Form ID: 309                Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor Scott A. Marx bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```