**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT A. MARX<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-20094 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/13/2016 and confirmed on 03/03/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,447.60 |
| Less Refunds to Debtor | 372.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,075.14 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 909.55 | |
|    Trustee Fee | 118.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,028.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 1,369.57 | 0.00 | 1,369.57 |
|     Acct: 6454 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6454 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 17,523.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 6454 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S200 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 268.77 | 0.00 | 0.00 | 0.00 |
|     Acct: S200 | | | | |
|   PEOPLES CREDIT CO* | 5,125.00 | 178.50 | 188.95 | 367.45 |
|     Acct: 5298 | | | | |
| | | | | 1,737.02 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. MARX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-20094 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | SCOTT A. MARX | 372.46 | 372.46 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 6,000.00 | 909.55 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 4,225.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXXX GLT | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 995.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | PEOPLES NATURAL GAS CO LLC - EQUITA | 2,644.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 9512 | | | | |
| | ANTHONY PALANDRO | 1,232.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8625 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3243 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3243 | | | | |
| | SPRINT CORP(*) | 1,480.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | FLORIDA DEPARTMENT OF EDUCATION | 53,603.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | OSFA EDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0366 | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2382 | | | | |
| | ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 290.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0222 | | | | |
| | PEOPLES CREDIT CO* | 765.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 5298 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OFFICE OF THE ATTORNEY GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                              2,047.02

TOTAL CLAIMED
PRIORITY            4,535.76
SECURED            22,916.86
UNSECURED          61.012.28

Date: 02/13/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com